JOHN MARRS v. STATE.

No. A-1244.   Opinion Filed January 27, 1912.

Appeal from Murray County Court; Harry W. Fielding, Judge.

John Marrs was convicted of violating the prohibitory law, and appeals.   Affirmed.

C. B. Emanuel and W. N. Lewis, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Murray county on the 4th day of May, 1911, on a charge of selling intoxicating liquor, and on the 8th day of said month was sentenced to pay a fine of one hundred fifty dollars and serve ninety days in the county jail.   Finding no errors sufficient to justify a reversal of this cause, the judgment of the trial court is affirmed.

---

L. HEINIMAN v. STATE.

No. A-1267.   Opinion Filed January 27, 1912.

Appeal from Comanche County Court; James H. Wolverton, Judge.

L. Heiniman was convicted of violating the prohibitory law, and appeals.   Affirmed.

Hamon & Ellis, for plaintiff in error.

E. G. Spillman and Smith C. Matson, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Camanche county on the 1st day of March, 1911, on a charge of having the unlawful possession of intoxicating liquor for the purpose of sale, and thereafter on the 17th day of said month was sentenced to pay a fine of one hundred seventy-five dollars and be imprisoned in the county jail for a period of thirty days.   No errors appearing from the record sufficient to justify a reversal of this cause, the judgment of the trial court is affirmed.